JS-6

1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                                          Case No.  CV 17-03745-AB (PLAx)

11   Marcia Gayle

12              Plaintiff,                  ORDER DISMISSING CIVIL ACTION

13   v.

14   Original Restorations, LLC et al

15              Defendants.

16

17
18        THE COURT having been advised by counsel that the above-entitled action has

19   been settled;

20        IT IS THEREFORE ORDERED that this action is hereby dismissed without

21   costs and without prejudice to the right, upon good cause shown within **60 days,** to re-

22   open the action if settlement is not consummated.  This Court retains full jurisdiction

     over this action and this Order shall not prejudice any party to this action.
23
24        The Court's July 31, 2017 Order to Show Cause is hereby discharged.

25   Dated:  August 3, 2017            _____

26                                     HON. ANDRÉ BIROTTE JR.
                                       UNITED STATES DISTRICT JUDGE
27
28

                                          1